July 3, 1984.

479 A.2d 1091

Commonwealth v. Inman, Appellant.

Submitted May 22, 1984. Joseph S. Nescio, for appellant; Stuart B. Suss, Assistant District Attorney, for Commonwealth, appellee.

Before DEL SOLE, MONTEMURO and HOFFMAN, JJ.

Judgment of sentence affirmed.